NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. pending)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: john.ellis3@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IN RE: 32196 VIA BEJARANO, TEMECULA, CA 92592 | No. EDCV 18-1745-GW(SHKx)<br><br>ORDER REMANDING CASE TO STATE COURT |

    Pursuant to the stipulation between First American Title Insurance Company and the United States of America,

    IT IS ORDERED that the Petition and Declaration Regarding Unresolved Claims and Deposit of Undistributed Surplus Proceeds of Trustee Sale is REMANDED to the Superior Court of California for the County of Riverside.

//
//
//
//
//
//
//
//

IT IS FURTHER ORDERED that the Court's August 29, 2018, Order Setting Scheduling Conference (Doc. No. 7) is hereby vacated.

DATED: September 18, 2018

*George H. Wu*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE